Franklin D. HOWLETT, Plaintiff–Appellant,

v.

SCHOOL BOARD OF THE CITY OF NORFOLK, Defendant–Appellee.

No. 00–2294.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 31, 2001.

Decided Sept. 26, 2001.

Franklin D. Howlett, pro se. Bernard Anthony Pishko, John Yulee Richardson, Jr., Daniel R. Hagemeister, City Attorney's Office, Norfolk, VA, for appellee.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Franklin D. Howlett appeals the magistrate judge's order granting summary judgment to his former employer and order denying a motion to reconsider under Fed.R.Civ.P. 60(b). We have reviewed the record and the magistrate judge's opinions

and find no reversible error.* Accordingly, we affirm on the reasoning of the district court. *See Howlett v. School Board of the City of Norfolk,* No. CA–00–168–2 (E.D.Va. Sept. 15, 2000) (for reasons as stated from the bench); *Howlett v. School Board of the City of Norfolk,* No. CA–00–168–2 (E.D. Va. filed Apr. 9, 2001; entered Apr. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Christopher J. Odinkemelu appeals the district court's order dismissing his civil complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Odinkemelu v. Williams,* No. CA–00–750–1 (M.D.N.C. Apr. 3, 2001). Defendants' motion for sanctions is granted, and Defendants are awarded reasonable costs and attorneys' fees. In addition, we enjoin Odinkemelu from filing any further civil actions in this court until such time as these monetary sanctions are paid, and unless a district court judge certifies that his claim is not frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the magistrate judge's jurisdiction under 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73.